IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE R. GENTRY,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

No. C 14-04454 WHA

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND DEADLINE**

The parties' stipulation to extend the deadline for plaintiff to file her motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's motion for summary judgment is due by **MARCH 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE