IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE R. GENTRY,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

No. C 14-04454 WHA

**REQUEST RE STIPULATION TO EXTEND DEADLINE**

    The parties have filed a stipulation to extend the reply deadline from April 30 to June 1. At this point, no good cause for such a massive extension has been shown. Plaintiff's counsel have until **APRIL 27 AT NOON**, to file declarations explaining in detail the specific reasons for the requested extension.

Dated: April 22, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE