IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE R. GENTRY,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

No. C 14-04454 WHA

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND DEADLINE**

    The parties' stipulation to extend the reply deadline is **GRANTED IN PART AND DENIED IN PART**. No good cause has been shown for the massive extension requested, especially since there are two attorneys for plaintiff in this case. The reply is due by **MAY 19**. Attorney Ralph Wilborn shall promptly file a notice of appearance in this action.

    **IT IS SO ORDERED.**

Dated: April 27, 2015.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE