United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE R GENTRY,                                  No. C 14-04454 WHA

        Plaintiff,

  v.

CAROLYN W COLVIN, Acting                           **ORDER REQUESTING**
Commissioner of the Social Security                **FURTHER INFORMATION**
Administration,

        Defendant.

_____/

      The Court seeks supplemental briefing in this case.  Assuming *arguendo* that it is

determined that the ALJ did not provide adequate reasons for disregarding aspects of the

medical assessment of Dr. Kofoed, does our court of appeals require Dr. Kofoed's medical

assessment that plaintiff was limited to sedentary work and could not lift more than ten pounds

to be credited as true, or is it permissible to remand for further proceedings so the ALJ may

more clearly address her reasons for disregarding Dr. Kofoed's opinion?

      By **OCTOBER 16,** **AT NOON**, the parties shall submit briefs on this issue **NOT TO EXCEED**

**FIVE PAGES**.


      **IT IS SO ORDERED.**


Dated:   October 14, 2015.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE