IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE R GENTRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 14-04454 WHA<br><br><br><br>**FINAL JUDGMENT** |

　　　A final order remanded this matter for the award of benefits (Dkt. No. 25).  For the reasons stated therein, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff for an award of benefits and against defendant.  The Clerk shall please **CLOSE THE FILE**.

　　　**IT IS SO ORDERED.**

Dated:   October 20, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE